## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Criminal Case No. 15-cr-0007-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **SERAFIN CASTRO,**
2. **ROBERTO LEMUS CASTILLO,**
3. **JUAN MANUEL CHAIREZ, and**
4. **MARCOS CASTILLO**

    Defendants.

---

## ORDER REGARDING JOINT DEFENSE AGREEMENT DISCLOSURES

---

This matter comes before the Court *sua sponte*. This Court has the inherent authority to require disclosure of the precise nature of a criminal defendant's representation to ensure that no conflict of interest exists which would deprive a defendant of his Sixth Amendment right to effective assistance of counsel. See *United States v. Stepney*, 246 F.Supp.2d 1069 (N.D. Cal. 2003). Accordingly the Court ORDERS as follows:

    1. On or before February 2, 2015, any Defendant who has entered into a Joint Defense Agreement shall submit such Agreement to the Court (filed under Restriction Level 3) for *in camera* review.

    2. On or before February 2, 2015, any Defendant who has had his or her Initial Appearance prior to that date, and who as of that date has not entered a Joint Defense Agreement, shall submit a filing (under

Restriction Level 3) informing the Court of as much.

3. Should any Defendant contemplate entering into a Joint Defense Agreement after this Order, that Defendant shall submit such Agreement to the Court (filed under Restriction Level 3) **for *in camera* review PRIOR TO ITS EXECUTION.**

Dated this 15th day of January, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge